IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNARD J. PEARSEY, | : Civil No. 1:25-CV-02255 |
| Plaintiff, | : |
| v. | : |
| FCI-SCHUYLKILL, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of December 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis*, Doc. 2, is **GRANTED**.

2. Plaintiff's complaint, Doc. 1, is deemed **FILED**.

3. Plaintiff's claims for medical malpractice and medical negligence are **DISMISSED** without prejudice.

4. Plaintiff's *Bivens* claims against Defendant FCI-Schuylkill are **DISMISSED** with prejudice.

5. Plaintiff's *Bivens* claims against Defendant Richard are **DISMISSED** without prejudice.

6. Plaintiff's Eighth Amendment *Bivens* claims against Defendants Rishel, Bybel, Fahringer, and Bartol survive this initial screening.

7. Plaintiff may file an amended complaint by **January 29, 2026**.[1] If Plaintiff does not timely file an amended complaint, the court will proceed with the surviving Eighth Amendment claim.

---

[1] If Plaintiff does not wish to amend the complaint, he may file a notice stating that he intends to stand on the complaint. If Plaintiff files such notice, the court will serve the current complaint on Defendants Rishel, Bybel, Fahringer, and Bartol.

1

8. Any amended complaint must be titled "Amended Complaint," filed in the above captioned case, and contain all claims including those claims that survived the initial screening. *See* Local Rule 15.1.

9. The Clerk of the Court will forward two (2) copies of the court's prisoner civil rights complaint form for Plaintiff's use in amending his complaint.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
